WILLIAM VAN SYCKLE, Appellant, v. BERTHA VAN SYCKLE, Respondent.

*Parent and child — right of father to custody.*

Appeal by the plaintiff from an order of the Supreme Court, made at Special Term, and entered in the office of the clerk of the county of Kings on the 25th day of March, 1915, denying his motion for the custody of an infant child.

PER CURIAM: The father of a girl now five years of age obtained an absolute divorce, but the child was awarded to the mother, who, shortly upon remarriage, committed it to the maternal grandmother, to whom the court has now awarded it by amendment of the judgment. The father has some right to the custody of his child; the grandmother has none; the father is, like the grandmother, of good character; the father by reason of his income is better able to care for the child. There is no consideration related to the child's welfare that requires that the grandmother be preferred. The order is reversed and the plaintiff's motion granted, with a provision that the grandparents should not be denied reasonable opportunity to see the child. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred. Order reversed and plaintiff's motion granted, with a provision that the grandparents should not be denied reasonable opportunity to see the child.

---

Hugo Hirsh, Esq., appointed a member of the committee on character, in place of the Hon. Harry E. Lewis, resigned.

Robert McMillan Barrow, Appellant, v. Constance Barrow, Respondent. (Appeal No. 1.) — Judgment affirmed, with costs. No opinion. Jenks, P, J., Burr, Carr, Rich and Putnam, JJ., concurred.

William Foster, Respondent, v. The City of New York, Appellant.— Judgment and order reversed, with costs, and complaint dismissed on the ground that the notice of intention to commence the action was defective as to the statement of the time when the injuries were received, and that the form of denial contained in the answer did not exempt the plaintiff from the statutory obligation of proving the service of a proper notice. (*Purdy* v. *City of New York*, 193 N. Y. 521, 523; *Carson* v. *Village of Dresden*, 202 id. 414; *Forsyth* v. *City of Oswego*, 191 id. 441; *Bannon* v. *City of New York*, 150 App. Div. 314; *Walker* v. *City of New York*, Id. 280; *Mack Paving Co.* v. *City of New York*, 142 id. 702, 714.) Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

John Green, Respondent, v. Ella V. Steinberg, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Thomas, Stapleton and Rich, JJ.

Helen Josephine Hagarty, Respondent, v. John Moyka and Anton Wiener, Appellants.— Without expressing an opinion as to whether the complaint states a cause of action, we are of opinion that the answer puts in issue the allegations of the complaint, and it cannot be regarded as frivolous. The order is, therefore, reversed, with ten dollars costs and dis-